IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:25cr239-MHT
                            )            (WO)
KELVIN DERNEL HARRIS        )
```

JUDGMENT

On October 29, 2025, the jury returned a verdict as follows:

"As to Count 1, we, the jury, find Defendant Kelvin Dernel Harris

_____ guilty

__X___ not guilty.

So say we all, this the 29th day of October, 2025."

　　　　　　　　　　　　　　　　[Signature]
　　　　　　　　　　　　　　　　Foreperson"

Accordingly, it is ORDERED that:

(1) Defendant Kelvin Dernel Harris is declared not guilty of the charge in the indictment (Doc. 1).

(2) Defendant Harris is discharged.

DONE, on this the 29th day of October, 2025.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE